# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PING AN INSURANCE (GROUP) COMPANY OF CHINA, LTD., a limited company organized in China,<br><br>Plaintiff,<br><br>v.<br><br>PING AN GROUP INC. DBA PING AN INSURANCE CENTER, a California corporation,<br><br>Defendant. | CASE NO. 2:18-cv-03582-JAK (KSx)<br><br>**ORDER RE AMENDED CONSENT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT PING AN GROUP INC.** |
| AND RELATED COUNTERCLAIMS | |

Based upon the Parties' stipulation, because good cause has been shown, the Amended Consent Judgment and Permanent Injunction Against Defendant Ping An Group Inc. (Dkt. 61-1) is hereby **APPROVED** as follows:

1. The Court maintains jurisdiction to enforce the parties' Consent Judgment and Permanent Injunction as well as the terms of this Order.

2. Defendant Ping An Group Inc. shall fully and completely comply with the obligations stated in the Amended Consent Judgment and Permanent Injunction.

3. Pursuant to the stipulation of the Parties with respect to the dismissal of this action (Dkt. 61), this action is hereby dismissed with prejudice, with the Court to maintain jurisdiction as stated in this Order.

IT IS SO ORDERED.

Dated: July 31, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE